UNITED STATES DISTRICT COURT
DENVER, COLORADO
5/14/2018
JEFFREY P. COLWELL, CLERK

Detained: 1 Year+

Dear Sir or Madam,

I am writting to have the enclosed motion admitted, and heard. I would like to have an attorney assigned for my Habeas Corpus petition.

I have been detained by ICE for over a year. I am indigent. First I had an excessive bond of $85,000, then it was denied when I appealed.

With my immigration case being re-opened now 4 times (1 time moot), and me not being removed but detained all this time with no foreseeable removal, my detention indefinitely is unconstitution, and violate Federal and immigration pre- and post-; removal statutes.

I would greatly appreciate the expeditious processing of this request.

I have not been convicted of any aggravated felonies or ever been to prison.

This is the longest I've been detained my entire life, by ICE.

Very truly,

Kevin K. Harrison | a#: 204.042.278 | 3130 N. Oakland Street | Aurora, CO, 80010

May 10, 2018