In the United States District Court
For the District of Colorado

Civil Action no. 18-cv-01180-GPG

## Motion of Gratitude

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 13 2018

JEFFREY P. COLWELL
CLERK

I would like to thank His Honorable Gordon P. Gallagher and His Honorable Lewis T. Babcock and Jeffrey P. Colwell.

Thank you for your time and consideration in my matter. Even though the outcome was not to my favor, a fault of my own.

I've learnt enough to proceed with my appeal, and wish you all the best of health, life, and the fullness thereof.

truly and respectfully,

a#004042278
Aug. 3, 2018



Kevin K. Harrison
Henderson Detention Center
P.O. Box 95050
Henderson, NV, 89009

LEGAL MAIL
NOT INSPECTED

MAILED FROM
HENDERSON DETENTION CENTER

Office of the Clerk
United States District Court
601-19th Street, Room A105
Denver, CO, 80294-3589

Presort
First Class Mail
ComBasPrice

U.S. POSTAGE PITNEY BOWES

ZIP 89015
02 1W
0001393891 AUG 07 2018

$ 000.45